# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN C. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | )    7:07CV5017 |
| vs. | ) |
| | )    ORDER |
| TA OPERATING LLC, d/b/a TRAVEL CENTERS OF AMERICA, and DAVID L. BERRY, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on the parties' motion for a continuance of the pretrial conference (Filing No. 100).  Upon consideration,

**IT IS ORDERED:**

1. The parties' motion for a continuance of the pretrial conference (Filing No. 100) is granted.

2. The pretrial conference in this matter is re-scheduled for **July 6, 2009, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at *thalken@ned.uscourts.gov*, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 29th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge