## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BEN C. BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **7:07CV5017** |
| v. ) | |
| ) | **ORDER** |
| **TA OPERATING, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Upon notice of settlement given to the magistrate judge on July 14, 2009 by counsel for the defendants,

**IT IS ORDERED that:**

1. **On or before August 14, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to undersigned magistrate judge, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The trial previously scheduled is cancelled upon the representation that this case is settled.

4. All pending motions (Filing Nos. 79, 81, 82, 83, 85, 115 and 125) are denied as moot.

DATED this 14th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge