IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEN C. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:07CV5017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TA OPERATING LLC, dba | ) | |
| TRAVELCENTERS OF AMERICA, and | ) | |
| DAVID L. BERRY, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on the parties' Stipulation for Dismissal (Filing No. 128). The court finds that the parties' joint stipulation should be granted.

    **IT IS ORDERED** that the parties' Stipulation for Dismissal (Filing No. 128) is granted and this case is dismissed with prejudice, each party to bear its own costs.

    DATED this 11th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge